**Tio Dinero SESSOMS, Petitioner–Appellant,**

v.

**D.L. RUNNELS, Respondent–Appellee.**

**No. 08–17790.**

United States Court of Appeals, Ninth Circuit.

Dec. 15, 2011.

Eric Martin Weaver, Law Offices of Eric M. Weaver, Albany, CA, for Petitioner–Appellant.

---

Jeffrey Firestone, Deputy Attorney General, California Department of Justice Office of the Attorney General, Sacramento, CA, for Respondent–Appellee.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.